UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SHULTS, | Case No. 2:22-cv-07273-JAK (MAR) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| BRIAN BIRKHOLZ ET AL, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which the Petitioner has objected, as well as the Respondent's reply to those objections. The objections do not warrant any change in the outcome of the Report and Recommendation.

Petitioner is not yet entitled under the First Step Act to pre-release custody because his ETCs do not yet equal "the remainder of the prisoner's imposed term of imprisonment." 18 U.S.C. § 3624(g)(1)(A). Further, to the extent Petitioner challenges the Report & Recommendation on the ground that he is entitled to a transfer to pre-release custody under the provisions of the Second Chance Act of 2008 ("SCA"), the BOP's decision regarding a prisoner's place of

1  confinement under those provisions is beyond judicial review. Reeb v. Thomas, 636
2  F.3d 1224, 1226-28 (9th Cir. 2011).
3      Therefore, the Court accepts the findings and recommendation of the
4  Magistrate Judge.
5      **IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the
6  Petition and (2) directing Judgment be entered dismissing this action with prejudice.

8  Dated: February 28, 2023

                    JOHN A. KRONSTADT
                    United States District Judge