JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SHULTS,<br><br>            Petitioner,<br><br>       v.<br><br>BRIAN BIRKHOLZ ET AL,<br><br>            Respondent. | Case No. 2:22-cv-07273-JAK (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** with prejudice.

Dated: February 28, 2023

_____
JOHN A. KRONSTADT
United States District Judge